# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS TOLNIAH SAYE, | |
| Petitioner, | CIVIL ACTION NO. 3:CV-12-1709 |
| v. | (JUDGE CAPUTO) |
| ATTORNEY GENERAL ERIC HOLDER, et al., | (MAGISTRATE JUDGE BLEWITT) |
| Respondents. | |

## ORDER

**NOW**, this 24th day of January, 2013, upon review of the Report and Recommendation of Magistrate Judge Thomas M. Blewitt (Doc. 15) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report & Recommendation (Doc. 15) is **ADOPTED**.

(2) The Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED as moot**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

A. Richard Caputo
United States District Judge